251 So.2d 381

**STATE of Louisiana ex rel.
Allen J. HAMMLER**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 51625.**

Aug. 17, 1971.

In re: Allen J. Hammler applying for writs of habeas corpus and/or certiorari.

Writ refused. The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction. .

251 So.2d 381

**STATE of Louisiana ex rel.
Charlie MONROE, Jr.**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 51636.**

Aug. 17, 1971.

In re: Charlie Monroe, Jr. applying for writ of habeas corpus.

Writ refused. The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.

251 So.2d 381

**STATE of Louisiana ex rel.
John Charles THOMAS**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 51629.**

Aug. 17, 1971.

In re: John Charles Thomas applying for writ of habeas corpus.

Writ denied. The minute entry shows full compliance with Boykin.